DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion to direct respondent to accept proposed case on appeal granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

NATHAN FABER, Appellant, v. CHARLOTTE S. WEISS, Respondent, and PHILIP FABER, Defendant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. SHEA, Appellant.— An application having been made by the district attorney for an adjournment, and the defendant appearing and not opposing, the time of defendant to argue the case is enlarged to the March term. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOE COHEN, Appellant, v. HETTY COHEN, Respondent.— Motion to stay appellant from proceeding with appeal denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of MARION N. FISHER for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of EDWARD M. FREEMAN for Admission to the Bar. (From the State of Colorado.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of PAUL E. HADLICK for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of CLIVE C. HANDY for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Writ of Habeas Corpus of ISIDORE RABINOWITZ, Petitioner, Directed to WILBUR J. KENNEDY, Respondent.— Motion to stay execution of warrant of extradition granted upon condition that appellant perfect the appeal for Friday, February thirteenth (for which day the case is ordered on the calendar), and upon the further condition that appellant furnish, forthwith, a bail bond, with corporate surety, in the sum of $1,000; otherwise, motion denied and appellant remanded. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ROSE M. PALMER, Appellant, and LILLIAN PALMER BERNSTEIN, Respondent, v. ROTARY REALTY Co., INC., and Others, Respondents.— Motion to dismiss appeal denied. Present — Young, Hagarty, Scudder and Tompkins, JJ.

L. C. L. Co., INC., Appellant, v. BOHACK REALTY CORPORATION, Respondent.— Motion for stay granted to the extent of restraining interference with the main Belgian block roadway, the railroad spur as far as the western part of the leased property, and from entering into or intruding upon the leased property. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ. Settle order on notice.

DORIS ABRAMOWITZ, an Infant, by ANNIE ABRAMOWITZ, Her Guardian ad Litem, Respondent, v. QUEENS BUS LINES, INC., Appellant, and ROY A. MARTELLA, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and

be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant. KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOHN R. BLAIR COMPANY, INC., Respondent, v. HARRY KOEPPEL CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— The court of its own motion strikes from the files the characterizations made by both sides. The briefs contain many improper statements and conclusions which should have no place in papers presented to this court and are not helpful to the court. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOSEPH CAMPAGNA, Appellant, v. RALPH SABATINI, Defendant, and KASROSE DEVELOPMENT CORPORATION and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants. (Action No. 1.) HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants. (Action No. 2.) — Motion for reargument denied, but without prejudice to an application for leave under rule 19.* Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

WILLIAM A. DE GROOT, Respondent, v. BROOKLYN DAILY TIMES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

BERNADETTE M. DEXTER, Appellant, v. MALCOLM DEXTER, Respondent.— Motion to dismiss appeal denied, without prejudice to an application at Special Term for a discontinuance, and without prejudice to the attorney's rights at law against defendant. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

574–582 BEDFORD AVENUE CORPORATION, Respondent, v. LAND MARK CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MILLARD L. HEYMANN, Respondent, v. BROOKLYN FURNITURE COMPANY, Respondent, and PYLE-GRAY REAL ESTATE Co., INC., and Another, Appellants.—

* See App. Div. Rules, 2d Dept., rule 19 — [REP.